# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATIE GARNER, an Individual, | Case No. 2:10-CV-00354-DAK |
| Plaintiff, | |
| vs. | **ORDER GRANTING DISMISSAL** |
| KATY MESSERSMITH, and Individual, -and- SHOPFORBAGS, INC., a Texas Corporation, | The Honorable Judge Dale A. Kimball |
| Defendants. | |

Having been apprised of the facts and for good cause shown, and pursuant to the Notice of Dismissal filed by Plaintiff, IT IS HEREBY ORDERED that this action is DISMISSED. The Clerk of the Court is directed to close this case.

DATED this 1st day of October, 2010.

_____
Honorable Judge Dale A. Kimball