AO 121

| To: | Mail Stop 8<br>Director of Patents and Trademarks<br>PO BOX 1450<br>Alexandria VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action has been filed in the **U.S. District Court** <u>for the District of Utah</u> on the following   ☐ Patents   ✖ Trademarks:

| DOCKET NO.<br>2:10-cv-00354-DAK | DATE FILED<br>April 21, 2010 | U.S. DISTRICT COURT<br>**Central District of Utah**<br>350 South Main Street, Room 150, Salt Lake City, UT 84101 |
|---|---|---|
| PLAINTIFF<br>Katie Garner | | DEFENDANT<br>Katy Messersmith<br>Shopforbags, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,773,094 | 01/30/09 | Katie Garner |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT |
|---|
| Order dismissing case per Rule 41 Voluntary Dismissal entered on 10/5/10 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| D. Mark Jones | /s/Aimee Trujillo | 10/5/10 |

DISTRIBUTION:
1) Upon initiation of action mail copy to Commissioner & lodge a copy in the file
2) Upon filing of document adding copyright(s), mail copy to Commissioner & lodge a copy in the file
3) Upon termination of action, mail copy to Registrar of Copyrights & lodge a copy in the file.